# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05CR250

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| RANDY KEITH HOUSTON. ) | |
| _____ ) | |

**THIS MATTER** is before the court upon defendant's Motion to Modify Conditions of Detention. Specifically, defendant seeks a modification to allow him to, again, participate in a 30 day inpatient treatment program. This court has done everything it could possibly do for this gentleman, and despite all the resources and time that has been expended by the court, counsel, and his probation officer, it has been to no avail. Further, it appears that defendant is scheduled for a final revocation hearing in March, and this court will not risk interfering with such schedule by in any manner releasing defendant from custody.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Modify Conditions of Detention (#91) is **DENIED**.

Signed: February 25, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge